# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

OLUWADAYISI OMOSULE,

      Plaintiff,     :     Case No. 3:09-cv-421

                               District Judge Walter Herbert Rice
   -vs-                         Magistrate Judge Michael R. Merz

                          :

IMMIGRATION AND
 NATURALIZATION SERVICE, et al.,

      Defendants.

## DECISION AND ORDER DENYING "MOTION TO ASK"

This case is before the Court on Plaintiff's "Motion to Ask" (Doc. No. 6) in which he asks this Court to "request the plaintiff ['s] passport from the Defendant INS so that he can travel to Nigeria for a political meeting. He also moves the Court to order the INS to stamp his passport to allow re-entry into the United States to continue with the two cases he has pending.

Upon initial consideration of this case under 28 U.S.C. § 1915, the Court concluded that the Complaint appeared to state a claim for relief against the Defendants and permitted Plaintiff to proceed with service of process. However, the fact that Defendant has a case pending against INS does not make this Court the manager of Plaintiff's relationship with INS. Whether Plaintiff is entitled to obtain his passport, travel to Nigeria, and then return to the United States is not an issue presented by the Complaint[1]. Plaintiff has not shown that he has even asked INS for the relief he seeks in the Motion, much less been denied. If he were denied and asserted a legally enforceable

---

[1] Whether Plaintiff could retain his America citizenship if he were successful in his bid to be elected President of Nigeria is an interesting question, but not one before this Court.

right to the travel, then he would have to amend his Complaint to add that claim and move the Court for preliminary injunctive relief.

Plaintiff's "Motion to Ask" is denied without prejudice.

February 4, 2010.

s/ **Michael R. Merz**<br>United States Magistrate Judge