IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Oluwadayisi Omosule,                    :

      Plaintiff,                 :         Case No. 3:09-cv-421

                                 :         District Judge Walter Herbert Rice
   -vs-                                        Magistrate Judge Michael R. Merz
                                 :

INS, et al.,
                                 :

      Defendant.

**ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT**

      You are hereby notified that Defendants have filed with the Court on February 12, 2010, a motion to dismiss in this case [Doc # 9]. You should receive a copy of the motion directly from the Defendants.

      Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (February 12, 2010) within which to file a response to this motion, plus an extra three days if the motion was served on you by mail. Your response must be filed with the Court not later than March 8, 2010.

      Under Fed. R. Civ. Proc. 56, a party faced with a motion for summary judgment cannot rely merely on the claims he or she has made in the Complaint, but must respond with evidence which shows that there is a genuine issue of material fact for trial in the case. The evidence must be of the same quality as would be admissible at trial in the case.

February 12, 2010.

                                                                            s/ **Michael R. Merz**
                                                                          United States Magistrate Judge