# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

OLUWADAYISI OMOSULE,

           Plaintiff,    :    Case No. 3:09-cv-421

    - vs -    :    District Judge Walter Herbert Rice
                                                Magistrate Judge Michael R. Merz

IMMIGRATION AND    :
NATURALIZATION SERVICE, et al.,

           Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz on Motion for Reconsideration (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 22, 2010, hereby ADOPTS said Report and Recommendations.

If Plaintiff fails to file an amended complaint with claims over which this Court has jurisdiction, the case will be dismissed without prejudice for lack of subject matter jurisdiction.

March 31, 2010.

                                                             Walter Herbert Rice
                                                             United States District Judge